December 1, 1964

Batts Unemployment Compensation Case.

Argued November 11, 1964. *Sarah Lee Batts*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Blunck *v.* Employers Liability Assurance Corporation, Ltd., Appellant.

Argued November 12, 1964. *Anthony J. Martin*, for appellant; *Louis Vaira*, with him *Ruffennach & Lochner*, for appellee.

Order affirmed.